UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>   Plaintiff,<br><br>   v.<br><br>E. MOGHADDAM, et al.,<br><br>   Defendants. | No. 2:16-cv-2269 JAM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. By order filed August 18, 2020, the court informed plaintiff of the requirements for obtaining service of his requested subpoena duces tecum. See ECF Nos. 55, 57. Because plaintiff is proceeding in forma pauperis, he is entitled to obtain personal service of an authorized subpoena duces tecum by the United States Marshal. See 28 U.S.C. § 1915(d).

Plaintiff has timely submitted a proposed subpoena and a memorandum in support of his requests that the United States Marshal personally serve the subpoena. See ECF No. 64. The court finds that the proposed subpoena meets the requirements previously set forth by the court, and will therefore direct the United States Marshal to serve it. However, plaintiff is reminded that a subpoena duces tecum commanding production of documents requires only that access to the documents be provided. See Fed. R. Civ. P. 45(a)(1)(D). If the California Department of Corrections and Rehabilitation (CDCR) declines to cover the expense, plaintiff must find an

1

alternative means for payment.

Notwithstanding the date of compliance noted on the subpoena (August 25, 2020), **the court-ordered date of compliance shall be thirty (30) days after personal service of the subpoena.**  In responding to the subpoena, CDCR is encouraged to consider paying for copying (and mailing, if necessary) of the subject imaging records.  If CDCR intends to charge plaintiff for some or all of the production expenses, plaintiff and CDCR shall agree on the dates and methods for payment and production, no later than thirty (30) days after personal service of the subpoena.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests that the United States Marshal personally serve his proposed subpoena duces tecum, ECF Nos. 55, 64, are GRANTED.

2. The Clerk of the Court is directed to forward the proposed subpoena duces tecum and plaintiff's requests (ECF Nos. 55, 64),[1] together with a copy of this order, to the United States Marshal.

3. Within twenty-one (21) days after the filing date of this order, pursuant to 28 U.S.C. § 566(c), the United States Marshal shall personally serve the subject subpoena on Danielle Sawtelle (or other official designated to received subpoenas) at CDCR's California Correctional Health Care Services, 8260 Longleaf Drive, Elk Grove CA 95758, and shall command all necessary assistance from the recipient to execute this order and respond fully to the subpoena.

4. Within ten (10) days after personal service of the subpoena, the United States Marshal shall file the return of service with this court.

5. Within thirty (30) days after personal service of the subpoena, recipient California Correctional Health Care Services shall produce the requested documents for plaintiff's inspection, as set forth above.

6. As a courtesy, the Clerk of the Court is directed to serve a copy of this order, together with plaintiff's authorized subpoena and requests (ECF No. 55, 64) (see n.1, supra) on: (a)

---

[1] Only the first page (page one) of plaintiff's requests need be provided; the second pages in both filings are certificates of service.

Danielle Sawtelle (or other official designated to received subpoenas) at CDCR's California Correctional Health Care Services, 8260 Longleaf Drive, Elk Grove CA 95758; and (b) the Litigation Coordinator at Kern Valley State Prison, plaintiff's current place of incarceration.

IT IS SO ORDERED.

DATED: September 22, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3