UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. MOGHADDAM, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2269 JAM AC P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed September 22, 2020, this court directed defense counsel as follows:

> Within twenty-one (21) days after the filing date of this order, defense counsel shall: (a) contact the KVSP Litigation Coordinator and make arrangements for plaintiff to receive the medical records previously sent to the institution; and (b) file and serve a statement confirming that prison officials have again offered plaintiff possession of his medical records.

ECF No. 67 at 3. This deadline has expired without defense counsel filing a response.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that defense counsel shall, within fourteen (14) days after the filing date of this order, file and serve a response to the above-noted portion of the court's September 22, 2020 order, together with a statement showing cause for the delay.

IT IS SO ORDERED.

DATED: November 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE