UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E, MOGHADDAM et al.,<br><br>　　　　Defendants. | No. 2:16-cv-2269 JAM AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, pursues relief under 42 U.S.C. § 1983.  The case has been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Defendants' motion for summary judgment is fully briefed and submitted for decision.  See ECF Nos. 75 et seq., 78-80.  In support of their motion, Defendants have provided a declaration from C. Henderson, a Staff Services Manager II in the Health Care Correspondence and Appeals Branch at California Correctional Health Care Services.  ECF No. 75-1 at 163-66.  This declaration references an attached "Exhibit A," described as a printout of Plaintiff's appeal/grievance history.  Id. at 165, ¶ 8.  However, no such exhibit is attached to Henderson's declaration.

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order,
2 counsel for Defendants shall file a corrected, complete copy of Staff Services Manager II C.
3 Henderson's declaration in support of Defendants' motion for summary judgment (see ECF No.
4 75-1 at 163-66) that includes a copy of "Exhibit A."

5 DATED: February 9, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE