UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>    Plaintiff,<br><br>    v.<br><br>E. MOGHADDAM, et al.,<br><br>    Defendants. | No.  2:16-cv-2269 TLN AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file objections to the findings and recommendations issued on August 7, 2023.  ECF No. 95.  In support of the motion, plaintiff states that he needs additional time to get to the prison law library to do research.  Id.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 95) is GRANTED, and

2.  Within thirty days from the date of this order, plaintiff shall file his objections to the findings and recommendations issued on August 7, 2023.

**Plaintiff is cautioned that absent exigent circumstances, no additional requests for extensions of time will be granted.**

DATED: August 23, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE