1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL GADDY,                              No.  2:16-cv-2269-TLN-AC

12                  Plaintiff,

13          v.                                    **ORDER**

14    E. MOGHADDAM, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

18    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 7, 2023, the magistrate judge issued findings and recommendations herein

21    which were served on all parties, and which contained notice to them that any objections to the

22    findings and recommendations were to be filed within fourteen days.  ECF No. 94.  Plaintiff filed

23    objections to the findings and recommendations.  ECF No. 97.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26    Court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    ////

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations issued August 7, 2023 (ECF No. 94) are

3        ADOPTED IN FULL;

4    2.  Defendants' motion for summary judgment (ECF No. 75) is GRANTED, and

5    3.  This Clerk of Court is directed to close this case.

6  Date:  September 26, 2023

7

8

9    _____
      Troy L. Nunley
10    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2