UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY, | No. 2:16-cv-2269 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| E. MOGHADDAM, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On summary judgment, plaintiff's medical deliberate indifference claims against defendants Moghaddam, Spilman Relano, Poopacha, Cho, and Lim were dismissed for failure to exhaust administrative remedies. ECF Nos. 94, 98. Plaintiff appealed. ECF No. 100.

     On appeal, the Ninth Circuit found that the motion for summary judgment was granted in error "[b]ecause the district court did not explicitly address the June 8 grievance or consider whether the prison failure to respond to Gaddy's pending grievance by the deadlines set forth in the government regulations rendered administrative remedies effectively unavailable to Gaddy." ECF No. 103 at 2. The Ninth Circuit vacated the district court's decision, remanded "for the district court to perform this analysis in the first instance and for further proceedings," and issued a formal mandate. ECF No. 103 at 2; ECF No. 104.

     In light of the mandate, Chief District Judge Nunley referred defendants' motion for

1

summary judgment, ECF No. 75, back to the undersigned. Because it appears the briefing on summary judgment is incomplete with respect to the issue of exhaustion, defendants will be provided an opportunity to file supplemental briefing regarding the availability of administrative remedies with respect to plaintiff's June 8 and July 31 grievances. Plaintiff will be provided an opportunity to respond.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the filing of this order, defendants shall file a supplemental brief in support of their motion for summary judgment, specifically addressing whether administrative remedies were available to plaintiff with respect to his June 8 and July 31 grievances.

2. Plaintiff will have twenty-one days from the filing of defendants' supplemental brief to file an optional response.

DATED: October 9, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2