UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY, | No.  2:16-cv-2269 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| E. MOGHADDAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On April 21, 2026, the undersigned submitted Findings and Recommendations to the United States District Judge assigned to this case recommending that defendants' motion for summary judgment be granted and this case be closed. ECF No. 111.  Objections were due within fourteen days of service.

Plaintiff has filed a motion requesting an extension of time to file objections to the Findings and Recommendations, along with a Notice of Change of Address.  ECF No. 112. Plaintiff asserts that he requires additional time to conduct legal research and prepare his objections because of his recent move to another facility.  Plaintiff also has yet to receive his personal property. Id.

////

////

1

As plaintiff has demonstrated good cause for the requested extension of time, plaintiff's motion (ECF No. 112) is GRANTED. The deadline for any objections is extended to **Tuesday, May 26, 2026.**

IT IS SO ORDERED.

DATED: May 12, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2