UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY, | No.  2:16-cv-2269 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| E. MOGHADDAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On April 21, 2026, the undersigned submitted Findings and Recommendations ("F&R") to the United States District Judge assigned to this case recommending that defendants' motion for summary judgment be granted and this case be closed. ECF No. 111.  Objections were due within fourteen days of service.  The court previously granted plaintiff an extension of time to file objections due to his recent transfer to a new facility and resulting delay in receiving his personal property.  ECF No. 113.

Plaintiff has filed a second motion requesting an additional twenty-day extension of time to file objections to the F&R.  ECF No. 114.  Plaintiff requires additional time to conduct legal research and prepare his objections because he only recently received his legal property necessary to prepare his objections.  Id.  He anticipates twenty-days will be sufficient and no further extension of the deadline will be necessary.  Id.

1

As plaintiff has demonstrated good cause for the requested extension of time, plaintiff's motion (ECF No. 114) is GRANTED.  The deadline for any objections is extended to June 17, 2026.  No further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

DATED: May 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE