UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL GADDY,

Plaintiff,

v.

E. MOGHADDAM, et al,

Defendants.

No. 2:16-cv-02269-TLN-AC

**ORDER**

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 111.) Plaintiff sought, and was granted, several extensions of time to file objections. (ECF Nos. 112–115.) Plaintiff untimely filed objections to the findings and recommendations on June 22, 2026. (ECF No. 116.) While untimely, the Court has nevertheless considered those objections herein.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 111) are ADOPTED in full;
2. Defendants' motion for summary judgment (ECF No. 75) is GRANTED, and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

DATE: October 8, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE